ACCEPTED
14-14-00638-CR
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
2/19/2015 11:01:36 AM
CHRISTOPHER PRINI
CLERK

## No. 14-14-00638-CR

| | | |
|---|---|---|
| **JAIME ARTURO SANCHEZ** | * | **IN THE COURT OF APPEALS** |
| **VS.** | * | |
| **STATE OF TEXAS** | * | **FOURTEENTH DISTRICT OF TEXAS** |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/19/2015 11:01:36 AM
CHRISTOPHER A. PRINE
Clerk

### <u>MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF</u>

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes, JAIME ARTURO SANCHEZ, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 10.5 (b) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

### I.

Appellant's brief was due on or before February 6, 2015. Counsel submits this Motion For Extension to file Appellant's brief. The above, mentioned case is on appeal from the 177th District Court of Harris County, Texas, Trial Court Cause No.1310752. This is Defendant's second Motion to Extend Time to File Appellant's Brief.

### II.

Counsel is requesting an extension of 30 days from February 19, 2015 in order to prepare and file his appellate brief in a Constitutionally effective manner. Counsel has been preparing for trial and or hearings in the following cases: *United States v. Mayank Mishra* out of the Southern District of Pittsburgh, PA., *State of Texas v. Lucio Perez* out of the 361st District Court in Brazos County, Texas, *State of Texas v. Seth Sawyer* out of Caldwell County Texas, *State of Louisiana*

v. *Lawrence Burton* out St. Tammany Parish, Covington Louisiana.

III.

This motion is not brought for purposes of delay but so that justice may be served.

WHEREFORE, PREMISES CONSIDERED, appellant prays that this court grant this Motion to Extend Time to File Appellant's Reply Brief and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Law Offices of Norman J. Silverman
917 Franklin, 4th Floor
Houston, Texas 77002
713-526-1515
713-526-1798  FAX

BY: /s/ NORMAN J. SILVERMAN
  Norman J. Silverman
  00792207
  Attorney for Defendant

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the attached and foregoing document has been served on the Harris County District Attorney's Office, 1201 Franklin, Ste 600, Houston, Texas 77002 on this the 19th day of February 2015.

/s/ Norman J. Silverman
Norman J. Silverman

## No. 14-14-00638-CR

| | | |
|---|---|---|
| **JAIME ARTURO SANCHEZ** | * | **IN THE COURT OF APPEALS** |
| **VS.** | * | |
| **STATE OF TEXAS** | * | **FOURTEENTH DISTRICT OF TEXAS** |

## ORDER FOR GRANTING MOTION FOR AN
## EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Today the Court considered Appellant's Motion for An Extension of Time to file Appellant's Brief. After a review of the motion and finding a showing of a reasonable explanation of the need for time, the Court grants the motion.

The Clerk of the Court of Appeals for the Fourteenth Judicial District is directed to issue notice to counsel to both the appellant and appellee of this Court's order granting the extension of time in which to file appellant's brief.

**THUS SIGNED AND ENTERED OF RECORD,** on this the ___ day of _____, 2015.

_____
JUDGE FOR THE COURT OF APPEALS
FOURTEENTH JUDICIAL DISTRICT